# COURT MINUTES

# Magistrate Judge Marty Elfenbein

Atkins Building Courthouse - 5th Floor — Date: 10/16/2026 Time: 2:00 PM

Defendant: Jose Candelario J#: 52695-506 Case #: 26-MJ-3719-LOUIS

AUSA: Breezye Telfair Attorney: Srilekha Jayanthi; AFPD

Violation: Felon in Possession of a Firearm Surr/Arrest Date: ______ YOB: ______

Proceeding: Prelim/Arraignment CJA Appt: ______

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond: ______

Bond Set at: Pretrial Detention Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______x's a week/month by phone: ______x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:

*Brady Order given on 9/18/26*

**The Court heard from the parties regarding continuance. Reasons stated on the record.**

**Government ore tenus motion for a continuance -Granted-.**

**Case reset 10/23/26.**

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **10/23/26** | **10am** | **Duty** | **Miami** |
| Status Conference RE: | | | | |

D.A.R. 15:03:55 Time in Court: 27 mins

s/Marty Elfenbein Magistrate Judge